# EXHIBIT 1

서울시 서초구 서초중앙로 153
(서울빌딩 2층)
[별지 제41호서식]

공증인가 **법무법인 유일**

(전화) 02-567-4377
(팩스) 02-563-8181

Registered No.   2016 -   677

# NOTARIAL CERTIFICATE

## YUIL LAW & NOTARY OFFICE Inc.

153, Seochojungang-ro,
Seocho-gu, Seoul, Korea



Seongnam Branch, Suwon District Court    February 11th 2014 Ex-officio Decision

# Payment Order

Case    2013 Cha 5805 Loans

Creditor    Same as indicated in the attachment.

Debtor    Same as indicated in the attachment.

Purpose of Claim and Cause for Claim    Same as indicated in the attachment.

The Debtors shall jontly and severally pay to the Creditor the amount specified in the Purpose of Claim attached hereto.

The demand procedure expenses specified in the attachment shall be borne by the Debtors.

The Debtors may file an objection within two weeks from the date when this Order is served.

January 14th 2014

Judicial Administrator Sang Ik Park 

※ 1. This Payment Order carries the same effect as a final and conclusive court judgment unless the Debtors file an objection **within two weeks from the date when this Order is served.** (an objection sent by mail must arrive at the court within the said period.)
2. In case of filing an objection, the Debtors must file a separate letter of response containing detailed statements on the Cause for Claim included in the Payment Order (please refer to the "Demand Procedure Guide" for further details).
3. In cases where the Payment Order is finalized and the Creditor receives an authentic copy of the Payment Order, if the Order is attached with a condition, the Creditor may request compulsive execution with the authentic copy without an execution clause issued, unless the compulsive execution is requested on behalf of a successor of a Party or against a successor of a Party.

This is an Authentic Copy.
March 12th 2014
Seongnam    Branch,    Suwon
District Court
Court Clerk Chang Won Jang

## Attachment

Creditor  Korea Deposit Insurance Corporation, Trustee in Bankrutcy for the Bankrupt Tomato Savings Bank, Co., Ltd.

100-180, 33 Da-dong, Jung-gu, Seoul
[Place of Service] 461-160, 3rd Floor, 2476 Sinheung-dong, Sujeong-gu, Seongnam-si

Representative, President Ju Hyeon Kim, Agent Sang Hwan Seong

Debtor   1. Jungbu Public Cargo Terminal, Co., Ltd.   Served on February 17th 2014, Finalized on March 4th 2014   (인)

110-070, #1105 Daewu Composite Building, 167 Naesu-dong, Jongno-gu, Seoul

Representative Internal Director Tae Sung Kim, a US citizen

2. TKIC Partners Co., Ltd. (trade name before change: WGF Korea, Co., Ltd.)   Served on February 17th 2014, Finalized on March 4th 2014   (인)

110-070, #1105, 30 Saemunanro3-gil, Jongno-gu, Seoul (Naesu-dong, Daewoo Composite Building)

Representative Internal Director Tae Sung Kim, a US citizen

3. WGF Development Co., Ltd. (trade name before change: WGF Terminal, Co., Td.   Served on February 17th 2014, Finalized on March 4th 2014   (인)



9th Floor, Yeondang Building, 144-23 Samseong-dong, Gangnam-gu, Seoul

Representative Internal Director Tae Sung Kim, a US citizen

4. ~~Tae Sung Kim~~   20  , served on        , 200  , finalized on        , 200     (seal)
110-070, #1105 Daewu Composite Building, 167 Naesu-dong, Jongno-gu, Seoul

수원지방법원 성남지원

# 지 급 명 령

2014. 2. 11. 직권경정

사    건    2013차 5805 대여금
채 권 자    별지 기재와 같다.
채 무 자    별지 기재와 같다.

청구취지와 원인    별지 기재와 같다.

채무자들은 연대하여 채권자에게 별지 청구취지 기재의 금액을 지급하라.
별지 독촉절차비용은 채무자들이 부담한다.
채무자들은 이 명령이 송달된 날부터 2주일 이내에 이의신청을 할 수 있다.

2014.  1.  14.

사 법 보 좌 관   박  상  익 

※ 1. 채무자가 이 명령이 송달된 날로부터 2주일 이내에 이의신청서를 제출하지 않으면 이 지급명령은 확정판결과 같은 효력을 가집니다.(우편에 의한 이의신청서는 위 기간 내에 법원에 도착하여야 합니다).
2. 채무자가 이의신청을 하는 경우에는 이의신청서와 별도로 지급명령의 청구원인에 대한 구체적인 진술을 적은 답변서를 제출하여야 합니다(자세한 내용은 「독촉안내절차서」 참조).
3. 지급명령이 확정되어 채권자가 지급명령정본을 송달받은 경우에는 지급명령에 조건이 붙은 경우, 당사자의 승계인을 위하여 또는 당사자의 승계인에 대하여 강제집행을 하는 경우를 제외하고는 집행문을 부여받을 필요없이 이 정본에 의하여 강제집행을 할 수 있습니다.

정 ㅇ ㅇ 니 다.
20  4 년  3 월 / ㄴ 일
수원지방법원 성남지원
법원주사  장  창  원

# 별 지

채 권 자   파산자 주식회사 토마토저축은행의 파산관재인 예금보험공사

          100-180 서울 중구 다동 33
          [송달장소] 461-160 성남시 수정구 신흥동 2476, 3층

          대표자 사장 김주현 대리인 성상환


채 무 자   1. 주식회사 중부공용화물터미널    2014. 2. 17. 송달, 2014. 3. 6. 확정 (인)

          110-070 서울 종로구 내수동 167 대우복합빌딩 1105호

          대표이사 미합중국인 김태성

        2. 주식회사 티케이아이씨파트너스(변경전:주식회사 더블류지에프코리아)    2014. 2. 17. 송달, 2014. 3. 6. 확정 (인)

          110-070 서울 종로구 새문안로 3길 30, 1105호(내수동,대우복합빌딩)

          대표자 사내이사 미합중국인 김태성

        3. 주식회사 더블류지에프개발(변경전:주식회사 더블류지에프터미널)    2014. 2. 17. 송달, 2014. 3. 6. 확정 (인)

          135-090 서울 강남구 삼성동 114-23 연당빌딩 9층

          대표청산인 미합중국인 김태성

        4. ~~김태성~~    20 . . . 송달, 20 . . . 확정 (인)

          ~~110-070 서울 종로구 내수동 167 대우복합빌딩 1105호~~

(서울빌딩 2층)
[별지 제45호서식]

공증 인가 법무법인 유일

(전화) 02-567-4377
(팩스) 02-563-8181

| | |
|---|---|
| 위 번역문은 원문과 상위없음을 서약합니다.<br><br>2016년 11월 04일<br><br>서약인  강한나  [seal] | I swear that the attached translation is true to the original.<br><br>Nov. 4, 2016<br><br>Signature  *Kang Hannah* |

등부 2016 년 제 677호

# 인 증

위 번역자 강한나------------ 은 본 공증인의 면전에서 위 번역문이 원문과 상위없음을 확인하고 서명날인 하였다.
---------------------------------
---------------------------------

2016년 11월 04일
  이 사무소에서 위 인증한다.

공증 인가 **법무법인 유일**

서울중앙지방검찰청

서울시 서초구 서초중앙로 153
(서울빌딩 2층)

[signature]
공증담당변호사
류 경 렬

Registered No.  2016-677

# Notarial Certificate

Hannah Kang ---------- personally appeared before me, confirmed that the attached translation is true to the original and subscribed his(her) name.
---------------------------------
---------------------------------

This is hereby attested on this
4th day of Nov. 2016 at this office.

**YUIL LAW**
**& NOTARY OFFICE Inc.**

Seoul Central District Prosecutor's Office
153, Seochojungang-ro,
Seocho-gu, Seoul, Korea

[signature]
Signature of the Notary Public
Ryu Kyung Yul

This office has been authorized by the Minister of Justice, the Republic of Korea, to act as Notary Public Since 16, Feb. 2004 Under Law No.294.

210mm X 297mm
보존용지(1종) 70g/㎡