# EXHIBIT 2

서울시 서초구 서초중앙로 153
(서울빌딩 2층)
[별지 제41호서식]

공증
인가    **법무법인 유일**

(전화) 02-567-4377
(팩스) 02-563-8181

Registered No.   2016 -   680

# NOTARIAL CERTIFICATE

## YUIL LAW & NOTARY OFFICE Inc.

153, Seochojungang-ro,
Seocho-gu, Seoul, Korea





## Seongnam Branch, Suwon District Court

## Decision on Recommendation of Compromise

| | |
|---|---|
| Case | Case   Seoul Central District Court 2014 Ga Dan 8867 Loans |
| Plaintiff | Korea Deposit Insurance Corporation, Trustee in Bankruptcy for the Bankrupt Tomato Savings Bank, Co., Ltd. |
| | 33 Da-dong, Jung-gu, Seoul |
| | Place of Service 3rd Floor, 2476 Sinheung-dong, Sujeong-gu, Seongnam-si |
| | Representative President Ju Hyeon Kim |
| Defendant | Tae Sung Kim (701004-5100277 ) |
| | #1105 Daewu Composite Building, 167 Naesu-dong, Jongno-gu, Seoul |
| | Place of Service #6-703, 164 Hyoryeong-ro, Seocho-gu, Seoul (Bangbae-dong, Sindongah Apartment) |

For a fair resolution of the above case, in consideration of the interests of the litigants and other relevant circumstances, the Court decides as follows.

## Decision

1. The Debtors shall jointly and severally pay to the Creditor KRW 1,460,000,000 and the following interests: the interest accrued from KRW 933,100,000 thereof from August 28th 2011 to August 31st 2011 at the rate of 12% per year, and from the following date to the date of full repayment at the rate of 25% per year; the interest accrued from KRW 333,700,000 thereof from August 4th 2011 to August 31st 2011 at the rate of 13% per year and from the following date to the date of full repayment at the rate of 25% per year; and the interest accrued from KRW 193,200,000 thereof from August 29th 2011 to August 31st 2011 at the rate of 13% per year and from the following date to the date of full repayment at the rate of 25% per year. However, the liability of the Defendant is limited to KRW 13,695,000,000.

2. Each Party shall be liable for the litigation expenses incurred.

## Indication of Claims:



Purpose of Claim
  Same as indicated in Decision 1 above.
Cause for Claim
  Same as indicated in the attachment.

## Reason

In consideration of the nature of the dispute in this case, the legal statuses of the Plaintiff and the Defendant, the objections filed by the Defendant, and the need to resolve this dispute through a compromise to prevent unnecessary litigation expenses incurred by the continuation of the dispute in this case, the Court decides as indicated above, where the Court accepts most of the Purpose of Claim of the Plaintiff, but each Party bears its own litigation expenses (as for the Defendant's request for debt deduction, the Court deems it more appropriate to resolve the matter through a debtor rehabilitation procedure, rather than this lawsuit). The Court recommends that the Defendant and the Plaintiff consider accepting this Decision, which may be accorded an effect corresponding to a court judgement.

April 21st 2014

Judge Jae Shin Lee 

※ Unless an objection is filed against this Decision within two weeks from receiving an authentic copy of this Decision, this Decision carries the same effect as a judicial compromise, which carries the same effect as a final and conclusive judgment.



## Cause for Claim

1. **Existence of Basic Creditor-Debtor Relationship**

   Debtor Jungbu Public Cargo Terminal entered into a loan agreement with the Creditor, under the recognition that the Standard Terms and Conditions on Loan Transaction of Mutual Savings Bank applies to the agreement.

   - Below -

(Unit: KRW)

| Loans | Type of Loan | Date of Provision | Expiration Date | Loan Amount | Interest Rate | Overdue Interest Rate |
|---|---|---|---|---|---|---|
| 1 | Note 1) Standard Limit Loan | October 31st 2006 | August 31st 2011 | 6,280,000,000 | 12% per year | 25% per year |
| 2 | Standard Loan | December 8th 2006 | August 31st 2011 | 300,000,000 | 12% per year | 25% per year |
| 3 | Standard Loan | December 15th 2006 | August 31st 2011 | 300,000,000 | 12% per year | 25% per year |
| 4 | Loan Secured by Comprehensive Bankbook | August 31st 2000 | August 31st 2011 | 1,500,000,000 | 12% per year | 25% per year |
| 5 | Standard Loan | April 29th 2011 | April 29th 2012 | 750,000,000 | 13% per year | 25% per year |
| | Sum | | | 9,130,000,000 | | |

Note 1) This loan agreement only specifies the loan limit, and the specific loans are provided upon request from the Debtor.

In addition, Debtors TKIC Partners, Co., Ltd., WGF Development, and Tae Sung Kim entered into a comprehensive continuing surety agreement. Under the agreement, the continuing surety limit of Debtors TKIC Partners, Co., Ltd. and WGF Development, Co., Ltd. were KRW 9,420,000,000, KRW 450,000,000, and KRW 450,000,000, respectively, which come to a total of KRW 10,320,000,000. The joint surety limit of Debtor Tae Sung Kim was KRW 9,420,000,000, KRW 450,000,000, KRW 450,000,000, KRW 1,125,000,000, and KRW 2,250,000,000, respectively, which come to a total of KRW 13,695,000,000.

2. **Delinquent Payment**

   Debtor Jungbu Public Cargo Terminal, Co., Ltd., however, lost its benefit of time when it failed to repay the principal and interest of the above loan by the due date. As of December 20th 2013, the following amount remains unrepaid by the Debtors.

   - Below -

(Unit: KRW)

| Loans | Loan Type | Principal | Delinquent Period | Number of Days of Delinquent Period | Interest Rate (%) | Interest Receivable | Sum |
|---|---|---|---|---|---|---|---|
| 1 | Standard Limit Loan (1~1) | 930,000,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 1,223,013 | |
| | | 930,000,000 | September 1st 2011 ~ March 11th 2013 | 558 | 25% | 355,438,356 | |
| | | 688,773,200 | March 12th 2013 ~ December 19th 2013 | 283 | 25% | 133,508,777 | |

| Loans | Loan Type | Principal | Delinquent Period | Number of Days of Delinquent Period | Interest Rate (%) | Interest Receivable | Sum |
|---|---|---|---|---|---|---|---|
| | Outstanding Principal | 688,773,200 | | | | 490,170,146 | 1,178,943,346 |
| | Standard Limit Loan (1~2) | 650,000,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 854,794 | |
| | | 650,000,000 | September 1st 2011 ~ March 11th 2013 | 558 | 25% | 248,424,657 | |
| | | 481,400,600 | March 12th 2013 ~ December 19th 2013 | 283 | 25% | 93,312,582 | |
| | Outstanding Principal | 481,400,600 | | | | 342,592,033 | 823,992,633 |
| | Standard Limit Loan (1~3) | 30,000,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 39,452 | |
| | | 30,000,000 | September 1st 2011 ~ March 11th 2013 | 558 | 25% | 11,465,753 | |
| | | 22,218,490 | March 12th 2013 ~ December 19th 2013 | 283 | 25% | 4,306,734 | |
| | Outstanding Principal | 22,218,490 | | | | 15,811,939 | 38,030,429 |
| | Standard Limit Loan (1~4) | 180,000,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 236,712 | |
| | | 180,000,000 | September 1st 2011 ~ March 11th 2013 | 558 | 25% | 68,794,520 | |
| | | 133,310,900 | March 12th 2013 ~ December 19th 2013 | 283 | 25% | 25,840,400 | |
| | Outstanding Principal | 133,310,900 | | | | 94,871,632 | 228,182,532 |
| | Standard Limit Loan (1~5) | 450,000,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 591,780 | |
| | | 450,000,000 | September 1st 2011 ~ March 11th 2013 | 558 | 25% | 171,986,301 | |
| | | 333,277,300 | March 12th 2013 ~ December 19th 2013 | 283 | 25% | 64,601,010 | |
| | Outstanding Principal | 333,277,300 | | | | 237,179,091 | 570,456,391 |
| | Standard Limit Loan (1~6) | 430,000,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 565,479 | |
| | | 430,000,000 | September 1st 2011 ~ March 11th 2013 | 558 | 25% | 164,342,465 | |
| | | 318,465,100 | March 12th 2013 ~ December 19th 2013 | 283 | 25% | 61,729,878 | |
| | Outstanding Principal | 318,465,100 | | | | 226,637,822 | 545,102,922 |

2014-0035770261-822E7    This is an anti-forgery barcode.

| Loans | Loan Type | Principal | Delinquent Period | Number of Days of Delinquent Period | Interest Rate (%) | Interest Receivable | Sum |
|---|---|---|---|---|---|---|---|
| | Standard Limit Loan (1~7) | 80,000,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 105,205 | |
| | | 80,000,000 | September 1st 2011 ~ March 11th 2013 | 558 | 25% | 30,575,342 | |
| | | 59,249,300 | March 12th 2013 ~ December 19th 2013 | 283 | 25% | 11,484,624 | |
| | Outstanding Principal | 59,249,300 | | | | 2,165,171 | 101,414,471 |
| 2 | Standard Loan | 300,000,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 394,520 | |
| | | 300,000,000 | September 1st 2011 ~ March 11th 2013 | 558 | 25% | 114,657,534 | |
| | | 157,702,880 | March 12th 2013 ~ December 19th 2013 | 283 | 25% | 30,568,434 | |
| | Outstanding Principal | 157,702,880 | | | | 145,620,488 | 303,323,368 |
| 3 | Standard Loan | 300,000,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 394,520 | |
| | | 300,000,000 | September 1st 2011 ~ March 11th 2013 | 558 | 25% | 114,657,534 | |
| | | 139,281,430 | March 12th 2013 ~ December 19th 2013 | 283 | 25% | 26,997,701 | |
| | Outstanding Principal | 139,281,430 | | | | 142,049,755 | 281,331,185 |
| 4 | Loan Secured by Comprehensive Bankbook | 986,522,672 | August 4th 2011 ~ August 28th 2011 | 25 | 13% | 8,784,105 | |
| | | 1,028,945,955 | August 29th 2011 ~ August 31st 2011 | 3 | 13% | 1,099,421 | |
| | | 1,028,930,200 | September 1st 2013 ~ March 11th 2013 | | 25% | 393,248,665 | |
| | | 834,392,500 | March 12th 2013 ~ December 19th 2013 | 283 | 25% | 161,734,984 | |
| | Outstanding Principal | 834,392,500 | | | | 564,867,175 | 1,399,259,675 |
| 5 | Standard Loan | 750,000,000 | August 29th 2011 ~ October 31st 2011 | 64 | 13% | 17,095,890 | |
| | | 750,000,000 | November 1st 2011 ~ March 11th 2013 | 497 | 25% | 255,308,219 | |
| | | 483,112,307 | March 12th 2013 ~ December 19th 2013 | 283 | 25% | 93,644,371 | |
| | Outstanding | 483,112,307 | | | | 366,048,480 | 849,160,787 |

| Loans | Loan Type | Principal | Delinquent Period | Number of Days of Delinquent Period | Interest Rate (%) | Interest Receivable | Sum |
|---|---|---|---|---|---|---|---|
| | Principal | | | | | | |
| | Total | 3,651,184,007 | | | | 2,668,013,732 | 6,319,197,739 |

### 3. Calculation of Claimed Amount

For reasons stated above, the Creditor seeks repayment of **the following portion of the principal and interest of the loan** provided under the said loan agreement between the Creditor and Debtor Jungbu Public Cargo Terminal, Co., Ltd.

- Below -

(Unit: KRW)

| Loans | Loan Type | Principal | Delinquent Period | Number of Days of Delinquent Period | Interest Rate (%) | Interest Receivable | Sum |
|---|---|---|---|---|---|---|---|
| 1 | Standard Limit Loan (1~1) | 275,500,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 362,301 | 362,301 |
| | | | September 1st 2011 ~ December 19th 2013 | 841 | 25% | 158,695,547 | 434,195,547 |
| | Standard Limit Loan (1~2) | 192,500,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 253,150 | 253,150 |
| | | | September 1st 2011 ~ December 19th 2013 | 841 | 25% | 110,885,273 | 303,385,273 |
| | Standard Limit Loan (1~3) | 8,800,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 11,572 | 11,572 |
| | | | September 1st 2011 ~ December 19th 2013 | 841 | 25% | 5,069,041 | 13,869,041 |
| | Standard Limit Loan (1~4) | 53,300,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 70,093 | 70,093 |
| | | | September 1st 2011 ~ December 19th 2013 | 841 | 25% | 30,702,260 | 84,002,260 |
| | Standard Limit Loan (1~5) | 133,300,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 175,298 | 175,298 |
| | | | September 1st 2011 ~ December 19th 2013 | 841 | 25% | 76,784,452 | 210,084,452 |
| | Standard Limit Loan (1~6) | 127,300,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 167,408 | 167,408 |
| | | | September 1st 2011 ~ December 19th 2013 | 841 | 25% | 73,328,287 | 200,628,287 |
| | Standard Limit Loan (1~7) | 23,700,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 31,167 | 31,167 |
| | | | September 1st 2011 ~ December 19th | 841 | 25% | 13,651,849 | 37,351,849 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | 2013 | | | | |
| 2 | Standard Loan | 63,000,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 82,849 | 82,849 |
| | | | September 1st 2011 ~ December 19th 2013 | 841 | 25% | 36,289,726 | 99,289,726 |
| 3 | Standard Loan | 55,700,000 | August 28th 2011 ~ August 31st 2011 | 4 | 12% | 73,249 | 73,249 |
| | | | September 1st 2011 ~ December 19th 2013 | 841 | 25% | 32,084,726 | 87,784,726 |
| 4 | Loan Secured by Comprehensive Bankbook | 333,700,000 | August 4th 2011 ~ August 31st 2011 | 28 | 13% | 3,327,857 | 3,327,857 |
| | | | September 1st 2011 ~ December 19th 2013 | 841 | 25% | 192,220,342 | 525,920,342 |
| 5 | Standard Loan | 193,200,000 | August 29th 2011 ~ October 31st 2011 | 64 | 13% | 4,403,901 | 4,403,901 |
| | | | November 1st 2011 ~ December 19th 2013 | 780 | 25% | 103,216,438 | 296,416,438 |
| Sum | | 1,460,000,000 | | | | 841,886,786 | 2,301,886,786 |

4. **Bankruptcy**

   Creditor Tomato Savings Bank, Co., Ltd. was declared bankrupt by Suwon District Court on August 31st 2012, in 2012 Ha Hab 23 Bankruptcy Declaration. The Korea Deposit Insurance Corporation was appointed the Trustee in Bankruptcy for the Bankrupt, and succeeded all rights and obligations of the Creditor.

5. **Agreement on Competent Court**

   In providing the loan in this case, the Creditor provided the Debtors and other concerned parties with copies of the Standard Terms and Conditions on Loan Transaction of Mutual Savings Bank. Under Article 23 of the Standard Terms and Conditions on Loan Transaction of Mutual Savings Bank, the Creditor and the Debtors agreed that the competent course for disputes arising from the agreement is the district court with the jurisdiction over the address of the Creditor's head office and other branches.

6. **Conclusion**

   The Creditor repeatedly sent oral and written demands for the repayment the principal and interest of the said loan. The Debtors, however, have not repaid the amount, deferring its due date instead. Therefore, the Creditor has come to **file the claim for the amount specified above, seeking repayment of the said portion of the total debt**.

# This is an Authentic Copy.

April 21st 2014

Seongnam Branch, Suwon District Court

Assistant Court Clerk Gyu Tae Moo

※ You can verify whether this document is a counterfeit or has been falsified by using the Issuance No. Search menu at the case search computers placed at the public service center in each court, or inquiring the bench presiding over your case about the issuance No. indicated at the bottom of this document.



2014-0035770261-822E7    This is an anti-forgery barcode.    8/8

# 수원지방법원 성남지원

## 화해권고결정

| | | |
|---|---|---|
| 사 건 | | 2014가단8867 대여금 |
| 원 고 | | 파산자 주식회사 토마토저축은행의 파산관재인 예금보험공사 |
| | | 서울 중구 다동 33 |
| | | 송달장소 성남시 수정구 신흥동 2476, 3층 |
| | | 대표자 사장 김주현 |
| 피 고 | | 김태성 (701004-5100277) |
| | | 서울 종로구 내수동 167 대우복합빌딩 1105호 |
| | | 송달장소 서울 서초구 효령로 164, 6-703(방배동, 신동아아파트) |

위 사건의 공평한 해결을 위하여 당사자의 이익, 그 밖의 모든 사정을 참작하여 다음과 같이 결정한다.

## 결정사항

1. 원고에게, 피고는 주식회사 중부공용화물터미널과 연대하여 13,695,000,000원의 한도 내에서, 1,460,000,000원 및 그중 933,100,000원에 대하여는 2011. 8. 28.부터 2011. 8. 31.까지는 연 12%, 그 다음날부터 다 갚는 날까지는 연 25%의 각 비율로 계산한 돈을, 333,700,000원에 대하여는 2011. 8. 4.부터 2011. 8. 31.까지는 연 13%, 그 다음날부터 다 갚는 날까지는 연 25%의 각 비율로 계산한 돈을, 193,200,000원에 대하여는 2011. 8. 29.부터 2011. 10. 31.까지는 연 13%, 그 다음날부터 다 갚는 날까지는 연 25%의 각 비율로 계산한 돈을 지급한다.
2. 소송비용은 각자 부담한다.

## 청구의 표시

1 / 8

청 구 취 지
결정사항 1항과 같다.
청 구 원 인
별지 기재와 같다.

### 결정이유

이 사건 분쟁의 성격, 원고 및 피고의 법률상 지위, 피고가 제출한 이의신청서의 내용을 비롯하여 이 사건 분쟁이 계속될 경우 쌍방 간 불필요한 소송비용의 지출 등이 예상되는바 상호 양보 하에 분쟁을 종결시킴으로써 이를 방지할 필요가 있는 점 등 여러 사정을 고려하여 원고의 청구취지를 대부분 반영하되 소송비용에 있어 각자 부담하기로 하는 내용의 결정을 하는바(피고의 채무감액 등 요청은 이 사건 소송절차가 아닌 개인회생 등의 절차를 통하는 것이 적절할 것으로 보인다), 원고와 피고는 판결에 준하는 이 사건 결정의 수용 여부에 관하여 신중히 검토할 것을 권고한다.

2014. 4. 21.

판사     이  재  신     

※ 이 결정서 정본을 송달받은 날부터 2주일 이내에 이의를 신청하지 아니하면 이 결정은 재판상 화해와 같은 효력을 가지며, 재판상 화해는 확정판결과 동일한 효력이 있습니다.

# 청 구 이 유

## 1. 기본적 채권채무관계의 성립

채무자 (주)중부공용화물터미널은 채권자와 상호저축은행 여신거래기본약관이 적용 됨을 승인하고 아래와 같은 거래 조건으로 여신거래약정서를 체결하였습니다.

- 아  래 -

(단위 : 원)

| 구분 | 여신과목 | 신규일자 | 만기일자 | 대출금액 | 이자율 | 지연이율 |
|---|---|---|---|---|---|---|
| 1 | 주1)일반한도대출 | 2006.10.31 | 2011.08.31 | 6,280,000,000 | 연 12% | 연 25% |
| 2 | 일반자금대출 | 2006.12.08 | 2011.08.31 | 300,000,000 | 연 12% | 연 25% |
| 3 | 일반자금대출 | 2006.12.15 | 2011.08.31 | 300,000,000 | 연 12% | 연 25% |
| 4 | 종합통장대출 | 2010.08.31 | 2111.08.31 | 1,500,000,000 | 연 13% | 연 25% |
| 5 | 일반자금대출 | 2011.04.29 | 2012.04.29 | 750,000,000 | 연 13% | 연 25% |
| 합계 | | | | 9,130,000,000 | | |

주1) 이 여신거래약정은 기초적인 한도액을 정하여 약정한 후 구체적인 대출은 채무자의 신청에 의해 개별적으로 발생하는 약정입니다.

또한, 채무자 주식회사 티케이아이씨파트너스, 주식회사 더블류지에프개발은 근보증 한도를 각 금9,420,000,000원, 금450,000,000원, 금450,000,000원, 합계 금 10,320,000,000원, 채무자 김태성은 근보증한도를 각 금9,420,000,000원, 금 450,000,000원, 금450,000,000원, 금1,125,000,000원, 금2,250,000,000원 합계 금 13,695,000,000원으로 하는 포괄근보증계약을 체결하였습니다.

## 2. 채무금의 이행지체

그러나 채무자 (주)중부공용화물터미널은 대출거래약정에 의하여 거래하여 오던 중 위 채무원금 및 이자 등을 상환하지 않아 기한의 이익을 상실하였고, 2013. __. 20. 현재 채무자는 아래와 같은 금원을 변제하지 않고 있습니다.

- 아  래 -

(단위 : 원)

| 구분 | 대출과목 | 원 금 | 연체기간 | 연체일수 | 이율(%) | 미수이자 | 합계 |
|---|---|---|---|---|---|---|---|
| 1 | 일반한도대출 (1~1) | 930,000,000 | 2011.08.28~2011.08.31 | 4 | 12% | 1,223,013 | |
| | | 930,000,000 | 2011.09.01~2013.03.11 | 558 | 25% | 355,438,356 | |
| | | 688,773,200 | 2013.03.12~2013.12.19 | 283 | 25% | 133,508,777 | |
| | 최종원금잔액 | 688,773,200 | | | | 490,170,146 | 1,178,943,346 |

| 구분 | 대출과목 | 원 금 | 연체기간 | 연체일수 | 이율(%) | 미수이자 | 합계 |
|---|---|---|---|---|---|---|---|
| 1 | 일반한도대출 (1~2) | 650,000,000 | 2011.08.28~2011.08.31 | 4 | 12% | 854,794 | |
| | | 650,000,000 | 2011.09.01~2013.03.11 | 558 | 25% | 248,424,657 | |
| | | 481,400,600 | 2013.03.12~2013.12.19 | 283 | 25% | 93,312,582 | |
| | 최종원금잔액 | 481,400,600 | | | | 342,592,033 | 823,992,833 |
| | 일반한도대출 (1~3) | 30,000,000 | 2011.08.28~2011.08.31 | 4 | 12% | 39,452 | |
| | | 30,000,000 | 2011.09.01~2013.03.11 | 558 | 25% | 11,465,753 | |
| | | 22,218,490 | 2013.03.12~2013.12.19 | 283 | 25% | 4,306,734 | |
| | 최종원금잔액 | 22,218,490 | | | | 15,811,939 | 38,030,429 |
| | 일반한도대출 (1~4) | 180,000,000 | 2011.08.28~2011.08.31 | 4 | 12% | 236,712 | |
| | | 180,000,000 | 2011.09.01~2013.03.11 | 558 | 25% | 68,794,520 | |
| | | 133,310,900 | 2013.03.12~2013.12.19 | 283 | 25% | 25,840,400 | |
| | 최종원금잔액 | 133,310,900 | | | | 94,871,632 | 228,182,532 |
| | 일반한도대출 (1~5) | 450,000,000 | 2011.08.28~2011.08.31 | 4 | 12% | 591,780 | |
| | | 450,000,000 | 2011.09.01~2013.03.11 | 558 | 25% | 171,986,301 | |
| | | 333,277,300 | 2013.03.12~2013.12.19 | 283 | 25% | 64,601,010 | |
| | 최종원금잔액 | 333,277,300 | | | | 237,179,091 | 570,458,391 |
| | 일반한도대출 (1~6) | 430,000,000 | 2011.08.28~2011.08.31 | 4 | 12% | 565,479 | |
| | | 430,000,000 | 2011.09.01~2013.03.11 | 558 | 25% | 164,342,465 | |
| | | 318,465,100 | 2013.03.12~2013.12.19 | 283 | 25% | 61,729,878 | |

|  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | 최종원금잔액 | 318,465,100 |  |  |  | 226,637,822 | 545,102,922 |
|  | 일반한도대출<br>(1~7) | 80,000,000 | 2011.08.28~2011.08.31 | 4 | 12% | 105,205 |  |
|  |  | 80,000,000 | 2011.09.01~2013.03.11 | 558 | 25% | 30,575,342 |  |
|  |  | 59,249,300 | 2013.03.12~2013.12.19 | 283 | 25% | 11,484,624 |  |
|  | 최종원금잔액 | 59,249,300 |  |  |  | 42,165,171 | 101,414,471 |

| 구분 | 대출과목 | 원 금 | 연체기간 | 연체<br>일수 | 이율<br>(%) | 미수이자 | 합계 |
|---|---|---|---|---|---|---|---|
| 2 | 일반자금대출 | 300,000,000 | 2011.08.28~2011.08.31 | 4 | 12% | 394,520 |  |
|  |  | 300,000,000 | 2011.09.01~2013.03.11 | 558 | 25% | 114,657,534 |  |
|  |  | 157,702,880 | 2013.03.12~2013.12.19 | 283 | 25% | 30,568,434 |  |
|  | 최종원금잔액 | 157,702,880 |  |  |  | 145,620,488 | 303,323,368 |
| 3 | 일반자금대출 | 300,000,000 | 2011.08.28~2011.08.31 | 4 | 12% | 394,520 |  |
|  |  | 300,000,000 | 2011.09.01~2013.03.11 | 558 | 25% | 114,657,534 |  |
|  |  | 139,281,430 | 2013.03.12~2013.12.19 | 283 | 25% | 26,997,701 |  |
|  | 최종원금잔액 | 139,281,430 |  |  |  | 142,049,755 | 281,331,185 |
| 4 | 종합통장대출 | 986,522,672 | 2011.08.04~2011.08.28 | 25 | 13% | 8,784,105 |  |
|  |  | 1,028,945,955 | 2011.08.29~2011.08.31 | 3 | 13% | 1,099,421 |  |
|  |  | 1,028,930,200 | 2011.09.01~2013.03.11 | 558 | 25% | 393,248,665 |  |
|  |  | 834,392,500 | 2013.03.12~2013.12.19 | 283 | 25% | 161,734,984 |  |
|  | 최종원금잔액 | 834,392,500 |  |  |  | 564,867,175 | 1,399,259,675 |
| 5 | 일반자금대출 | 750,000,000 | 2011.08.29~2011.10.31 | 64 | 13% | 17,095,890 |  |
|  |  | 750,000,000 | 2011.11.01~2013.03.11 | 497 | 25% | 255,308,219 |  |
|  |  | 483,112,307 | 2013.03.12~2013.12.19 | 283 | 25% | 93,644,371 |  |
|  | 최종원금잔액 | 483,112,307 |  |  |  | 366,048,480 | 849,160,787 |
|  | 합 계 | 3,651,184,007 |  |  |  | 2,668,013,732 | 6,319,197,739 |



### 3. 청구금액 산정 내역

이에 신청 채권자는 채무자 (주)중부공용화물터미널의 위 대출거래약정에 의한 <u>채무원금 및 이자 중 아래와 같이 일부금을 청구</u>하고자 합니다.

― 아        래 ―

(단위 : 원)

| 구분 | 대출과목 | 원 금 | 연체기간 | 연체일수 | 이율(%) | 미수이자 | 합계 |
|---|---|---|---|---|---|---|---|
| 1 | 일반한도대출 (1~1) | 275,500,000 | 2011.08.28~2011.08.31 | 4 | 12% | 362,301 | 362,301 |
| | | | 2011.09.01~2013.12.19 | 841 | 25% | 158,695,547 | 434,195,547 |
| | 일반한도대출 (1~2) | 192,500,000 | 2011.08.28~2011.08.31 | 4 | 12% | 253,150 | 253,150 |
| | | | 2011.09.01~2013.12.19 | 841 | 25% | 110,885,273 | 303,385,273 |
| | 일반한도대출 (1~3) | 8,800,000 | 2011.08.28~2011.08.31 | 4 | 12% | 11,572 | 11,572 |
| | | | 2011.09.01~2013.12.19 | 841 | 25% | 5,069,041 | 13,869,041 |
| | 일반한도대출 (1~4) | 53,300,000 | 2011.08.28~2011.08.31 | 4 | 12% | 70,093 | 70,093 |
| | | | 2011.09.01~2013.12.19 | 841 | 25% | 30,702,260 | 84,002,260 |
| | 일반한도대출 (1~5) | 133,300,000 | 2011.08.28~2011.08.31 | 4 | 12% | 175,298 | 175,298 |
| | | | 2011.09.01~2013.12.19 | 841 | 25% | 76,784,452 | 210,084,452 |
| | 일반한도대출 (1~6) | 127,300,000 | 2011.08.28~2011.08.31 | 4 | 12% | 167,408 | 167,408 |
| | | | 2011.09.01~2013.12.19 | 841 | 25% | 73,328,287 | 200,628,287 |
| | 일반한도대출 (1~7) | 23,700,000 | 2011.08.28~2011.08.31 | 4 | 12% | 31,167 | 31,167 |
| | | | 2011.09.01~2013.12.19 | 841 | 25% | 13,651,849 | 37,351,849 |
| 2 | 일반자금대출 | 63,000,000 | 2011.08.28~2011.08.31 | 4 | 12% | 82,849 | 82,849 |
| | | | 2011.09.01~2013.12.19 | 841 | 25% | 36,289,726 | 99,289,726 |
| 3 | 일반자금대출 | 55,700,000 | 2011.08.28~2011.08.31 | 4 | 12% | 73,249 | 73,249 |
| | | | 2011.09.01~2013.12.19 | 841 | 25% | 32,084,726 | 87,784,726 |
| 4 | 종합통장대출 | 333,700,000 | 2011.08.04~2011.08.31 | 28 | 13% | 3,327,857 | 3,327,857 |
| | | | 2011.09.01~2013.12.19 | 841 | 25% | 192,220,342 | 525,920,342 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5 | 일반자금대출 | 193,200,000 | 2011.08.29~2011.10.31 | 64 | 13% | 4,403,901 | 4,403,901 |
| | | | 2011.11.01~2013.12.19 | 780 | 25% | 103,216,438 | 296,416,438 |
| 합계 | | 1,460,000,000 | | | | 841,886,786 | 2,301,886,786 |

### 4. 회사의 파산

채권자 주식회사 토마토저축은행은 2012. 8. 31. 수원지방법원 2012하합 23 파산선고에 따라 파산관재인으로 예금보험공사가 선임되어 동 법인이 채권자의 권리 의무를 모두 승계하였습니다.

### 5. 관할법원의 합의

채권자는 이 사건 대출을 취급하면서 채무자 등 채무관계인에게 상호저축은행 여신거래기본약관을 교부하였으며, 「상호저축은행 여신거래기본약관 제23조에 따라 채권자 본점 또는 다른 영업점의 소재지 지방법원을 관할법원으로 하기로 한다」라고 합의하였습니다.

### 6. 결 론

이에 채권자는 채무자들에게 대여금 및 이에 대한 이자금 등을 지급하여 줄 것을 구두, 서면을 통해 누차 독촉하였으나 채무자들은 차일피일 기일만 미루고 있어, 채권자는 총 채권 금원 중 신청취지 기재 청구금액을 지급 받고자 총 채권금액중 본 신청과 같이 일부금을 청구하기에 이르렀습니다.



# 정본입니다.

2014. 4. 21.

수원지방법원 성남지원

법원주사보 문규태 

※ 각 법원 민원실에 설치된 사건검색 컴퓨터의 발급번호조회 메뉴를 이용하거나, 담당 재판부에 대한 문의를 통하여 이 문서 하단에 표시된 발급번호를 조회하시면, 문서의 위,변조 여부를 확인하실 수 있습니다.

| | |
|---|---|
| 위 번역문은 원문과 상위없음을 서약합니다.<br><br>2016년 11월 04일<br><br>서약인  강한나  | I swear that the attached translation is true to the original.<br><br>Nov. 4, 2016<br><br>Signature  Kang Hanah |
| 동부 2016 년 제 680호<br><br># 인 증<br><br>위 번역자 강한나----------- 은 본 공증인의 면전에서 위 번역문이 원문과 상위없음을 확인하고 서명날인 하였다.<br><br>------------------------------<br>------------------------------<br><br>2016년 11월 04일<br>   이 사무소에서 위 인증한다.<br><br>공증인가 법무법인 유일<br><br>서울중앙지방검찰청<br><br>서울시 서초구 서초중앙로 153<br>(서울빌딩 2층)<br><br>공증담당변호사<br>류 경 렬 | Registered No.  2016-680<br><br># Notarial Certificate<br><br>Hannah Kang ----------- personally appeared before me, confirmed that the attached translation is true to the original and subscribed his(her) name.<br><br>------------------------------<br>------------------------------<br><br>This is hereby attested on this 4th day of Nov. 2016 at this office.<br><br>**YUIL LAW & NOTARY OFFICE Inc.**<br><br>Seoul Central District Prosecutor's Office<br><br>153, Seochojungang-ro,<br>Seocho-gu, Seoul, Korea<br><br>Signature of the Notary Public<br>Ryu Kyung Yul<br><br>This office has been authorized by the Minister of Justice, the Republic of Korea, to act as Notary Public Since 16, Feb. 2004 Under Law No.294. |

210mm X 297mm
보존용지(1종) 70g/m²