# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| Korea Deposit Insurance Corporation )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>Tae Sung Kim )<br>)<br>Defendant. ) | Civil Action No. 1:17cv61 |

## **JUDGMENT**

Pursuant to the order of this Court entered on June 1, 2017 and in accordance with Federal Rules of Civil Procedure 55, JUDGMENT is hereby entered in favor of the PLAINTIFF and against the DEFENDANT.

FERNANDO GALINDO, CLERK OF COURT

By: _____/s/_____
      Dana Van Metre
      Deputy Clerk

Dated: 06/05/2017
Alexandria, Virginia